# 1140

(Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Actions by the Knickerbocker Trust Company against the Oswego Street Railway Company and others, and by C. Sidney Shepard and another against the Lake Ontario & Riverside Railway Company.

PER CURIAM. So much of the order as is appealed from reversed, and the order modified, so as to provide for the allowance and payment of the claim of the appellant, amounting to $530, and, as so modified, the order is affirmed, with $25 costs to the appellant's attorneys for their services on the accounting before the referee, and $10 costs and disbursements on this appeal. Held, that the receiver, having taken possession of and occupied the tracks and premises of the appellant under the agreement between the street railway company and the appellant, the receiver, during the time he so occupied, became obligated for the performance of the conditions imposed thereby, one of which was to pay one-half of the expense of the services of a flagman stationed at the crossing in question by the appellant, which amounts to the sum of $530, and constitutes the appellant's claim.

---

KNIGHT, Respondent, v. HERTER, Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by Thomas G. Knight against Maria A. Herter. No opinion. Motion to dismiss appeal granted, with costs, unless the appellant pay $10 costs and cause the appeal to be perfected within 10 days. On compliance with these conditions the motion is denied, without costs.

---

KOENEN et al. v. CITY OF MT. VERNON et al. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by John G. Koenen and others against the city of Mt. Vernon and others. No opinion. Judgment affirmed, with costs.

---

KOSTER, Respondent, v. ANDRUS, Mayor, et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Henry Koster, a taxpayer of the city of Yonkers, against John E. Andrus, as mayor of the city of Yonkers, John H. Southwick and others, as aldermen of the city of Yonkers, and John H. Keeler, Jr., as clerk of the city of Yonkers.

PER CURIAM. Order reversed, and injunction vacated, without costs, on the ground, suggested by the court upon the oral argument, that a special election to fill the vacancy caused by the resignation of Mr. Coyne as alderman of the city of Yonkers may lawfully be held at this time, irrespective of the duration of the term of the alderman to be chosen in his place. When that term shall end cannot properly be determined at this time, nor can its duration be affected by the form of the call for the election.

---

KRAGEL, Appellant, v. GREEN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 24, 1905.) Action by Annie Kragel, as administratrix, against Samuel Green and another. R. J. Reese, for appellant. H. L. Scheuerman, for respondents. No opinion. Judgment and order affirmed, with costs.

---

KREIER, Appellant, v. FREIDMAN et al., Respondents. (Supreme Court, Appellate Division. Second Department. November 24, 1905.) Action by Kunigunde Kreier against Abraham Freidman and Rosa Moses. No opinion. Judgment affirmed, with costs.

---

KUHLAU, Respondent, v. SHEVLIN, Appellant. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by Ebba M. Kuhlau against James Shevlin. No opinion. Judgment and order unanimously affirmed, with costs.

---

LACS, Appellant, v. JAMES EVERARDS BREWERIES, Respondent. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Jacob M. Lacs, an infant, etc., against the James Everards Breweries. No opinion. Motion for leave to appeal to the Court of Appeals denied.

---

LACS v. JAMES EVERARDS BREWERIES. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Jacob M. Lacs, and infant, etc., against the James Everards Breweries. No opinion. Motion denied.

---

LANDFIELD v. BLOCK. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Lazarus Landfield against Isidor Block. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

---

LANG, Appellant, v. McKAY, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Louis J. Lang against Robert McKay.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING and HISCOCK, JJ., dissent.

---

LAWRENCE, Appellant, v. McKELVEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 16, 1905.) Action by James V. Lawrence against John J. McKelvey and others. No opinion. Judgment modified, by striking therefrom the allowance of $1,000 to defendants, and, as so modified, affirmed, without costs.

---

LAWRENCE, Respondent, v. WILSON, Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by James V. Lawrence against William C. G. Wilson. No opinion. Motion denied.

---

LAWRENCE BROS. v. HEYLMAN. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Lawrence Bros. against Henry B. Heylman. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.